# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GARZA, | CV F   05-1101 AWI DLB HC |
|         Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
|    v. | [Doc. 14] |
| M. S. EVANS, Warden, | |
|         Respondent. | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Pending before the Court is Petitioner's request for an extension of time to file an opposition to Respondent's motion to dismiss, filed January 10, 2006.  Good cause having been demonstrated Petitioner's request for an extension of time is GRANTED and it is HEREBY ORDERED that Petitioner is granted thirty days from the date of service of this order to file an opposition to Respondent's motion to dismiss.

     IT IS SO ORDERED.

     Dated:   January 19, 2006                  /s/ Dennis L. Beck
ah0l4d                                                UNITED STATES MAGISTRATE JUDGE