UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GARZA, | ) | CV F   05-1101 AWI DLB HC |
|         Petitioner, | ) | FINDINGS AND RECOMMENDATIONS REGARDING PETITIONER'S REQUEST TO WITHDRAW PETITION |
|    v. | ) | |
| M. S. EVANS, Warden, | ) | [Doc. 18] |
|         Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on August 29, 2005.  By order of October 12, 2005, the Court directed Respondent to submit a response to the petition.  Respondent filed a motion to dismiss the instant petition on December 7, 2005, arguing that the petition is both barred by the one-year statute of limitations and is successive.  After the grant of two extensions of time, Petitioner filed the instant motion to withdraw the petition on April 4, 2006.  Respondent has not filed an opposition to Petitioner's motion.

### DISCUSSION

In his motion to withdraw, Petitioner states that he would like to exhaust "more of my California State Court remedies, and new evidence, which I now understand that I must ask the Ninth Circuit Court for Permission to Refile any other writs."  (Motion, at 1.)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be

1

dismissed by the [petitioner] without order of court [] by filing a notice of dismissal at any time before service by the adverse party of an answer . . . ."  "[A]n action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper."  Fed. R. Civ. P. 41(a)(2).  Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

Because it appears that Petitioner has acknowledged that he filed the instant petition in this Court prematurely and/or inappropriately, the Court will recommend that Petitioner's request to voluntarily withdraw the instant petition be granted, in order to avoid needless further litigation.

RECOMMENDATION

Accordingly, the Court HEREBY RECOMMENDS that Petitioner's motion to withdraw his petition be GRANTED, and the instant petition be dismissed, without prejudice.

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   May 2, 2006                              /s/ Dennis L. Beck
3b142a                                            UNITED STATES MAGISTRATE JUDGE