UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GARZA, | ) | 1:05-cv-01101-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 19) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| M.S. EVANS, Warden, | ) | **WITHDRAW PETITION** (Doc. 18) |
| | ) | |
| Respondent. | ) | **ORDER DISMISSING PETITION** |
| | ) | **FOR WRIT OF HABEAS CORPUS** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 3, 2006, the Magistrate Judge filed Findings and Recommendations that Petitioner's motion to withdraw his petition be GRANTED, and the instant petition be DISMISSED, without prejudice. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed May 3, 2006, are ADOPTED IN FULL;

   2.   Petitioner's motion to withdraw his petition, filed April 4, 2006, is GRANTED;

   3.   The instant Petition for Writ of Habeas Corpus is therefore DISMISSED, without prejudice;

   4.   All pending motions are DENIED as moot; and

   5.   The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

2